## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## PIKEVILLE DIVISION

| | |
|---|---|
| Andrea Ward, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.:  7:13-cv-00004-ART |
| | : |
| Healthcare Revenue Recovery Group, LLC; | : |
| and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |
| | : |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached

a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary

dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.


Dated: June 13, 2013

Respectfully submitted,

By   /s/ Joseph E. Blandford, Jr.
Joseph E. Blandford, Jr., Attorney at Law
1387 S. Fourth Street
Louisville, Kentucky 40208
Telephone: (855) 301-2100 Ext. 5535
Facsimile: (888) 653-9237
jblandford@lemberglaw.com

Of Counsel To
LEMBERG & ASSOCIATES, LLC
A Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (888) 953-6237

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 13, 2013, a true and correct copy of the foregoing Notice of

Settlement was served electronically by the U.S. District Court Eastern District of Kentucky

Electronic Document Filing System (ECF) and that the document is available on the ECF

system.


By   /s/*Joseph E. Blandford*
     Joseph E. Blandford, Esq.