UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| ANDREA WARD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 13-4-ART |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC, et al., | ) ) ) | |
| Defendants. | | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

It having been reported that the parties have reached a settlement in this case, R. 12, it is **ORDERED** that this action is discontinued with prejudice but without costs; provided, however, that **if the settlement is not consummated within sixty days (Friday, August 16, 2013) of the date of this Order,** any party may apply by motion **within the sixty-day period** for **restoration of the action to the calendar of the undersigned, in which event the action will be restored**. Should the parties choose to file an agreed order of dismissal, the Court will consider signing and filing it in the record, so long as it is filed within sixty days of the date of this Order and meets with the Court's approval. *See* Memorandum Opinion and Order, *Asher v. Unarco Material Handling, Inc.*, No. 06-548-ART, 2012 WL 3912761 (E.D. Ky. Sept. 7, 2012).

Furthermore, this matter is **STRICKEN** from the Court's active docket, all pending motions are **DENIED AS MOOT**, and all scheduled hearings are **CANCELLED**.

This the 17th day of June, 2013.



Signed By:
*Amul R. Thapar*  AT
United States District Judge